# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA P. RELENTE, an individual, | CASE NO.: 2:18-cv-00660-AB-KS |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| DISCOVER PRODUCTS INC., a Utah corporation; TRANS UNION, LLC, a Delaware limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the foregoing stipulation of the parties, with good cause shown, the above-captioned case is now dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: 8/14/2018

*/s/ [signature]*

JUDGE OF THE U.S. DISTRICT COURT